FILED

FEB 15 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON)

| UNITED STATES, Petitioner, vs. DOROTEO GUERRERO GARCIA, Defendant | Case No. 11-cr-5525-GT<br><br>**ORDER** |
|---|---|

**IT IS HEREBY ORDERED** that the sentencing hearing in the above case currently scheduled for March 20, 2012 at 9:30 a.m., be continued to April 25, 21012, at 9:30 a.m..

Dated: 2-15-12

**GORDON THOMPSON**
United States District Court Judge